UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICKI JONES,**

    **Plaintiff,**　　　　　　　　　　　　　　**CASE NO.:  6:16-cv-01276-RBD-KRS**

v.

**BANK OF AMERICA, NATIONAL ASSOCIATION, successor by merger to FIA CARD SERVICES,**

    **Defendant.**
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Vicki Jones, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principal subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  January 25, 2017　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　**CENTRONE & SHRADER, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　612 W. Bay Street
　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33606

　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian L. Shrader
　　　　　　　　　　　　　　　　　　　　　　　**BRIAN L. SHRADER, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 57251
　　　　　　　　　　　　　　　　　　　　　　　e-mail: bshrader@centroneshrader.com
　　　　　　　　　　　　　　　　　　　　　　　**GUS M. CENTRONE, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 30151
　　　　　　　　　　　　　　　　　　　　　　　e-mail: gcentrone@centroneshrader.com
　　　　　　　　　　　　　　　　　　　　　　　**PAMELA N. WESTFALL, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 106230
　　　　　　　　　　　　　　　　　　　　　　　e-mail: pwestfall@centroneshrader.com
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 25, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Orlando Division, for filing and uploading to the CM/ECF system.

                                  /s/ Brian L. Shrader  
                                  **Attorney**